# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2181
_____

LISA FELTON-WILLIAMS,

    Appellant,

v.

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION and ELITE
HEALTH BILLING, LLC,

    Appellees.

_____

On appeal from the Reemployment Assistance Appeals Commission. Frank T. Brown, Chairman.

May 11, 2018

PER CURIAM.

    AFFIRMED.

WETHERELL, RAY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lisa Felton-Williams, pro se, Appellant.

Norman Blessing, General Counsel, Amanda L. Neff, Chief Appellate Counsel, and Cristina A. Velez, Appellate Counsel, Tallahassee, for Appellee Reemployment Assistance Appeals Commission. No appearance for Elite Health Billing, LLC.